FILED

2020 JAN 15 AM 11:18

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER: |
|---|---|
| V.   PLAINTIFF | 20MJ00191 |
| Adil Munir Yusuf | REPORT COMMENCING CRIMINAL ACTION |
| USMS# _____  DEFENDANT | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. Date and time of arrest: **01-15-2020**  **8:45**  ☒ AM  ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:
   **21 USC 846 + 21 USC 841(a)(1)**

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth: **1967**

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: **Chris Pelle**  Phone Number: **517-417-0334**

9. Name of Pretrial Services Officer notified: **Devon Thompson**

10. Remarks (if any): _____

11. Name: **Norm Tobias**  (please print)

12. Office Phone Number: **714-720-5690**    13. Agency: **DEA**

14. Signature: _____    15. Date: **01-15-2020**